## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: Dennis R. Dobson | : | Case No: 19-50032 |
| Debtor(s) | : | Chapter 13 Judge: C KATHRYN PRESTON |
| | : | Filed 3/28/19 Amended plan |

### CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION

Now comes Frank M. Pees, Standing Chapter 13 Trustee, and objects to the confirmation of the plan and requests that the Court enter an Order denying confirmation for the reasons set forth below and dismissing the case, pursuant to 11 U.S.C. §1307. This objection supersedes any prior objection filed in this case by the Trustee.

Above median income_____          Below median income __X__

__X__ 11 U.S.C. §1325(a)(1)-Plan does not comply with all provisions of Chapter 13 of Title 11 and the other applicable provisions of Title 11:

  __X__ Other: **Bayview Loan Servicing has not been provided proper 7004 service.**

  **Amended plan provides for the mtg to Bayview to be paid in full; however, also provides for arrearage.**

  **Amended plan NSP #1 does not specify the 2nd Mtg creditor's name and the interest rate to be paid on the arrearage, if any.**

Pursuant to LBR 3015-2(a), amendments necessary to place the plan in a posture for confirmation must be filed at least ten (10) days prior to the hearing on confirmation set for May 23, 2019, unless Debtor(s) have entered into an Agreed Order with the Trustee and so are bound by the terms of that Order.

Therefore, the Trustee prays that confirmation is denied and this case be dismissed for cause pursuant to §1307(c).

## TERMS OF THE PLAN:

**Plan Payments: 1000 mo - 2 mos; 1020 mo - rem**

**Best Interest Dividend: 0%     Dividend: 100%**

**Length: 52 Months**

Dated: April 04, 2019 Respectfully submitted,

**/s/ Frank M. Pees**
Frank M. Pees
Chapter 13 Trustee
130 East Wilson Bridge Road #200
Worthington, Ohio 43085
(614) 436-6700
trustee@ch13.org

2


## CERTIFICATE OF SERVICE

The undersigned hereby certified that on the date shown below a copy of the Trustee's Objection to Confirmation was served electronically on the Office of the United States Trustee and Debtor's attorney, and on the Debtor(s) at the address as currently shown in the Trustee's records by regular first class mail, postage prepaid.

Dated: April 04, 2019                              **/s/ Frank M. Pees**
                                                   Frank M. Pees
                                                   Chapter 13 Trustee
                                                   130 East Wilson Bridge Road #200
                                                   Worthington, Ohio 43085-6300